1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   LUCY B. JENNINGS (Cal. Bar No. 301977)
4  Assistant United States Attorney
   General Crimes Section
5      1200 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-5487
7      Facsimile: (213) 894-0141
       E-mail:   lucy.jennings@usdoj.gov
8

9  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
10
                  UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
   UNITED STATES OF AMERICA,          No. 19-MJ-3897-DUTY
13
            Plaintiff,                EX PARTE APPLICATION TO UNSEAL
14                                     DOCKET

                 v.
15
   ALFREDO RODRIQUEZ,
16 DOMINIQUE NICHOLSON,
   DARNEL REYNOLDS, and
17 WILLIE RILEY,

18          Defendants.

19

20

21      Plaintiff, United States of America, by and through its counsel

22 of record, the United States Attorney for the Central District of

23 California, and Assistant United States Attorney, Lucy B. Jennings,

24 hereby files this ex parte application to unseal the docket in the

25 above-referenced case and the following arrest warrants, search

26 warrants, and warrant applications: Nos. 19-MJ-3897-DUTY, 19-MJ-

27 3898-DUTY, 19-MJ-3899-DUTY, 19-MJ-3900-DUTY, and 19-MJ-3901-DUTY.

28

1   Defendant NICHOLSON, REYNOLDS, and RILEY had initial
2   appearances before a judicial officer of the Court, pursuant to a
3   criminal complaint, on September 19, 2019.  Defendant RODRIQUEZ had
4   his initial appearance before a judicial officer of the Court,
5   pursuant to a criminal complaint, on September 25, 2019.  The search
6   warrants identified above were executed on September 19, 2019.
7   Because defendants made their initial appearances and the search
8   warrants have been executed, the government moves to unseal the
9   docket in this matter and the related search warrants and warrant
10  applications.

Dated: October 2, 2019                Respectfully submitted,

                                      NICOLA T. HANNA
                                      United States Attorney

                                      BRANDON D. FOX
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                           /s/
                                      LUCY B. JENNINGS
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA